IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 13 |
| DAISY M. RISNER, | ) |
| | ) Bankruptcy No. 18-00148 |
| Debtor. | ) |

### ORDER OF DISMISSAL

The Court entered a Plan Confirmation Proceeding Memo and Order on June 5, 2018. The Order stated that the Meeting of Creditors would be reset for June 26, 2018 and if Debtor failed to appear at that Meeting of Creditors, this case would be dismissed.

On July 31, 2018, Trustee filed a Status Report that Debtor did not appear at the time scheduled for the Meeting of Creditors.

**IT IS ORDERED** that this case is DISMISSED for Debtor's failure to appear at the scheduled Meeting of Creditors on June 26, 2018 per the Court's order of June 5, 2018.

Dated and Entered:

July 31, 2018

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE